# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JOSEPH TOLBERT**, individually and on behalf of others similarly situated, | CASE NO. 1:20-cv-00647-SO |
| Plaintiff, | JUDGE SOLOMON OLIVER, JR. |
| v. | **JOINT MOTION FOR APPROVAL OF SETTLEMENT** |
| **EATON CORPORATION**, | |
| Defendant. | |

Plaintiff Joseph Tolbert and Defendant Eaton Corporation move this Court to review the parties' Confidential Settlement Agreement and Release of Claims (the "Settlement Agreement") and issue an Order approving the Settlement Agreement as fair and reasonable. In support of this Motion, the parties aver:

1. Plaintiff commenced this action against Defendant, alleging, *inter alia*, that Defendant failed to pay Plaintiff overtime compensation under the Fair Labor Standards Act ("FLSA").

2. Plaintiff filed a Complaint on March 26, 2020.

3. In order to reach a compromise and to avoid the expense and burden of litigation, the parties have agreed to settle Plaintiff's claims against Defendant. The settlement is embodied in the Declaration of Plaintiff's Counsel (attached as Exhibit 1), as well as the Settlement Agreement (attached as Exhibit A to the Declaration of Plaintiff's Counsel).

4. Plaintiff's counsel believes that the settlement is fair and reasonable. *See* Exhibit 1 (Declaration of Plaintiff's Counsel).

5. The settlement is contingent upon the Court's review and approval of the Settlement Agreement and issuance of an Order approving the settlement as fair and reasonable.

6. The parties, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and based upon the settlement, hereby stipulate to the dismissal of this case with prejudice. Except as otherwise provided in the Settlement Agreement, the parties agree to bear their own attorneys' fees and costs. The Court is to tax costs, if any, to the parties in equal amounts. The parties request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement.

WHEREFORE, the parties request the Court review the Settlement Agreement, issue an Order approving the Settlement Agreement as fair and reasonable, and dismiss with prejudice the claims in this lawsuit in their entirety.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew Dunlap* | */s/ Patrick O. Peters* |
| **Andrew Dunlap** | **Patrick O. Peters (0079539)** |
| Texas Bar No. 24078444 | **Doriyon C. Glass (0098149)** |
| (*Admitted Pro Hac Vice*) | **Jackson Lewis P.C.** |
| **Carl A. Fitz** | Park Center Plaza I, Suite 400 |
| Texas Bar No. 24105863 | 6100 Oak Tree Boulevard |
| (*Admitted Pro Hac Vice*) | Cleveland, Ohio 44131 |
| **Josephson Dunlap LLP** | Ph: (216) 750-0404; Fax: (216) 750-0826 |
| 11 Greenway Plaza, Suite 3050 | Email: Patrick.Peters@jacksonlewis.com |
| Houston, Texas 77046 | Doriyon.Glass@jacksonlewis.com |
| Ph: (713) 352-1100; Fax: (713) 352-3300 | |
| Email: adunlap@mybackwages.com | |
| cfitz@mybackwages.com | **NOEL P. TRIPP** |
| | (*Pro Hac Vice Forthcoming*) |
| | **JACKSON LEWIS P.C.** |
| **Richard J. (Rex) Burch** | 58 South Service Road, Suite 250 |
| Texas Bar No. 24001807 | Melville, New York 11747 |
| (*Pro Hac Vice Forthcoming*) | (631) 247-0404 (Telephone) |
| | (631) 247-0417 (Telefax) |
| | Email: noel.tripp@jacksonlewis.com |
| | |
| | **WILLIAM R. STUKENBERG** |
| | (*Admitted Pro Hac Vice*) |
| | **VIRGINIA MIXON SWINDELL** |
| | (*Admitted Pro Hac Vice*) |

**Bruckner Burch PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Cleveland, Ohio  44131
Ph: (713) 877-8788; Fax: (713) 877-8065
Email: rburch@crklaw.com

**Jason R. Bristol (0079539**)
**Cohen Rosenthal & Kramer LLP**
3208 Clinton Avenue
Cleveland, Ohio  44113
Ph & Fax: (216) 815-9500
Email: jbristol@crklaw.com

*Attorneys for Plaintiff Joseph Tolbert*

JACKSON LEWIS P.C.
Wedge International Tower
1415 Louisiana, Suite 3325
Houston, Texas 77002
(713) 650-0404 (Telephone)
(713) 650-0405 (Telefax)
Email:
william.stukenberg@jacksonlewis.com
virginia.swindell@jacksonlewis.com

*Attorneys for Defendant Eaton Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 24th day of July, 2020.

*/s/ Carl A. Fitz*
Carl A. Fitz