## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH TOLBERT**, individually and on behalf of others similarly situated, | ) ) ) | CASE NO. 1:20-cv-00647-SO |
| Plaintiff, | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | **ORDER GRANTING JOINT MOTION FOR APPROVAL OF** |
| **EATON CORPORATION,** | ) ) | **SETTLEMENT** |
| Defendant. | ) ) ) | |

Before the Court is the Joint Motion for Approval of Settlement and Dismissal of Lawsuit with Prejudice. The Court has reviewed the terms of the Confidential Settlement Agreement ("Settlement Agreement"), the pleadings in this case, and the issues presented herein and: (1) approves the Settlement Agreement as a fair and reasonable resolution of a bona fide dispute, including all of the terms and conditions set forth in the Settlement Agreement, which was attached as Exhibit 1 to Plaintiff's Exhibit A and filed under seal; (2) orders the Parties to implement and complete the settlement process described in the Settlement Agreement; (3) finds good cause exists for filing the Parties' proposed Settlement Agreement under seal; and (4) dismisses the above-captioned Action and all claims with prejudice in accordance with the Parties' Settlement Agreement.

Signed on this 3rd day of _____ August _____, 2020.

_____
UNITED STATES DISTRICT JUDGE